**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL FLORES, JR., ) | CASE NO. CV 08-03329 SJO (RZ) |
| ) Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| ANTHONY HEDGPETH, WARDEN, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of FIDEL FLORES, JR. for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 9/10/08

/S/ S. James Otero

───────────────────────
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE